IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANTOS MARTINEZ BARRERA          :          CIVIL ACTION
                                 :
        v.                       :
                                 :
MARKWAYNE MULLIN, et al.         :          NO. 26-5227

ORDER

AND NOW, this 27th day of July 2026, it is hereby

ORDERED that petitioner Santos Martinez Barrera shall not be

transferred out of the Eastern District of Pennsylvania pending

further order of this court.


                                 BY THE COURT:


                                 /s/ Harvey Bartle III
                                                      J.