IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANTOS MARTINEZ BARRERA          :          CIVIL ACTION
                                 :
         v.                      :
                                 :
MARKWAYNE MULLIN, et al.         :          NO. 26-5227

ORDER

AND NOW, this 30th day of July 2026, it is hereby

ORDERED that the respondents shall show cause, on or before

Tuesday, August 4, 2026, why the writ of habeas corpus should

not be granted.


BY THE COURT:


/s/  Harvey Bartle III
                                                        J.